UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**U.S. v. Stephan Young, Crim. No. 19-53**

## PETITION FOR WRIT OF HABEAS CORPUS

1. STEPHAN YOUNG, SBI # 224308G, is now confined to Essex County Jail in Newark, New Jersey.

2. STEPHAN YOUNG, SBI # 224308G will be required at the United States District Court in Newark, New Jersey for a Sentencing Hearing before the Honorable Susan D. Wigenton, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: May 7, 2019
Newark, NJ

_____
Elaine K. Lou, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: May 7, 2019

_____
Honorable Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Essex County Jail
WE COMMAND YOU that you have the body of

STEPHAN YOUNG, SBI # 224308G

now confined at the Essex County Jail, brought to the United States District Court in Newark, New Jersey, on May 17, 2019, at 11:00 a.m., for a Sentencing Hearing before the Honorable Susan D. Wigenton.

WITNESS the Honorable Susan D. Wigenton
United States Magistrate Judge
Newark, New Jersey

DATED: 5/7/19

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk